## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

Geico Marine Insurance Co.

      Plaintiff

v.                                       1:20-cv-462-MSM

John Tartaglino

      Defendant

### JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Judgment is hereby entered pursuant to the Text Order of August 17, 2022.

    <u>It is so ordered</u>.

August 17, 2022                  By the Court:

                                             <u>/s/ Hanorah Tyer-Witek</u>
                                             Clerk of Court